IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                  No. 5:09M5007-001

NOEL ANDREW JACKSON                                                   DEFENDANT

## O R D E R

The defendant agreed at the initial appearance conducted this date on the criminal complaint to waive the issues of probable cause and detention pending the final disposition of this case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 13th day of February 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE